

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-26-00064-CV

---

HAVEN GOODEN-JONES, APPELLANT

V.

SANSOM BLUFF, LP D/B/A SANSOM BLUFF, APPELLEE

---

On Appeal from the County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2025-009343-1, Honorable Don Pierson, Presiding

---

May 20, 2026

## MEMORANDUM OPINION

Before PARKER, C.J., and DOSS and YARBROUGH, JJ.

Appellant, Haven Gooden-Jones, proceeding pro se, appeals from the trial court's *Final Judgment of Possession*.[1]  Appellant's brief was originally due April 10, 2026, but was not filed.  By letter of April 17, 2026, we notified Appellant that the appeal was subject to dismissal for want of prosecution, without further notice, if a brief was not received by

---

[1] Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE § 73.001.

April 27, 2026. To date, Appellant has neither filed a brief nor had any further communication with this Court.

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam